# UNITED STATES DISTRICT COURT
for the
District of Idaho

_____ Division

FILED JAN 13 2020 Clerk, U.S. District Court Eastern District of Tennessee At Chattanooga

HARVEY WILLIAM HUGUNIN

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

STATE OF IDAHO
RODEWAY INN  CHOICE HOTEL
GLACIER BANCORP, INC.
MOUNTAIN WEST BANK, DIVISION OF
GLACIER BANK

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☒ No

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | HARVEY WILLIAM HUGUNIN |
   | Street Address | GENERAL DELIVERY |
   | City and County | CHATTANOOGA    HAMILTON |
   | State and Zip Code | TENNESSEE    37401 |
   | Telephone Number | NONE |
   | E-mail Address | NONE |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
- Name: STATE OF IDAHO
- Job or Title (if known): SUPREME COURT / IDAHO STATE POLICE
- Street Address: 451 W. STATE ST. / 700 S. STRATFORD DRIVE
- City and County: BOISE, ADA / MERIDIAN, ADA
- State and Zip Code: IDAHO 83702 / IDAHO, 83642
- Telephone Number: 208-334-2210 / 208-884-7360
- E-mail Address (if known): isc.idaho.gov / isp.idaho.gov

Defendant No. 2
- Name: RODEWAY INN
- Job or Title (if known): MR. J. CAMER
- Street Address: 2799 WEST AIRPORT WAY
- City and County: H.W.H. ~~IDAHO~~ BOISE, ADA
- State and Zip Code: IDAHO 83705
- Telephone Number: 208-336-7377
- E-mail Address (if known): gm.ID017@choicehotels.com

Defendant No. 3
- Name: GLACIER BANCORP, INC.
- Job or Title (if known): RANDY CHESLER, PRESIDENT AND C.E.O.
- Street Address: 8251 HIGHWAY 35
- City and County: BIGFORK, FLATHEAD
- State and Zip Code: MONTANA 59911
- Telephone Number: 406-837-5980   1-800-735-4371
- E-mail Address (if known): www.glacierbancorp.com

Defendant No. 4
- Name: MOUNTAIN WEST BANK, DIVISION OF GLACIER BANK
- Job or Title (if known): CONOR McGRATH, MORTGAGE LOAN ORIGINATOR
- Street Address: 1660 N. EAGLE ROAD
- City and County: MERIDIAN, ADA
- State and Zip Code: IDAHO 83646
- Telephone Number: 208-887-5199   208-884-6888
- E-mail Address (if known): www.mountainwestbank.com

H.W.H. DEFENDANT No. 5   CHOICE HOTELS

E-MAIL ADDRESS   gm.ID017@choicehotels.com

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question   [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. 18 U.S. CODE STATUTE 1344 - BANK FRAUD --- TO OBTAIN ANY OF THE MONEYS, FUNDS, CREDITS, ASSETS, SECURITIES OR OTHER PROPERTY OWNED BY, OR UNDER THE CUSTODY OR CONTROL OF, A FINANCIAL INSTITUTION, BY MEANS OF FALSE OR FRAUDULENT PRETENSES, REPRESENTATIONS, OR PROMISES; SHALL BE FINED NOT MORE THAN $1,000,000 OR IMPRISONED NOT MORE THAN 30 YEARS OR BOTH.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
   The plaintiff, *(name)* HARVEY WILLIAM HUGUNIN, is a citizen of the State of *(name)* TENNESSEE.

   b. If the plaintiff is a corporation
   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
   and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b. If the defendant is a corporation

    The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. **The Amount in Controversy**

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

THE FRAUDULENT ELECTRONIC THIEVERY WITHOUT NOTICE OR PROVOCATION OF ALL OF ANY BANK DEPOSITOR'S MONEY IS A MATTER OF LIFE AND DEATH. AT THE TIME MY MONEY WAS STOLEN WITHOUT NOTICE, IT WAS ALL THE MONEY I HAD IN THE ONLY BANK ACCOUNT I HAD AND I WAS AND REMAIN SINCE THEN HOMELESS AND INDIGENT AS A RESULT OF THIS BANK FRAUD, CONSPIRACY TO COMMIT BANK FRAUD AND DISCRIMINATION. TO AVOID FEDERAL BANK FRAUD PENALTIES, CRIMINAL CONSPIRITORS AT LARGE MAY COMMIT FIRST DEGREE PREMEDITATED MURDER TO AVOID FINES AND FEDERAL PRISON.

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

LIFE IS THE MOST VALUABLE ASSET HUMANS HAVE. IT IS NOT POSSIBLE TO PLACE AN INTRINSIC VALUE ON ANY HUMAN LIFE. I, HARVEY WILLIAM HUGUNIN BELIEVE AS JUST PUNISHMENT, OUT OF COURT, THE DEFENDANT MUST RISK THAT THE AMOUNT OF MONEY REPARATIONS TO BE PAID TO THE PLAINTIFF WILL BE SUFFICIENT TO AVOID, IF AT ALL POSSIBLE, FEDERAL CRIMINAL PENALTIES FOR BANK FRAUD.

NOTE: FOR DEFENDANTS ACTS OR NEGLIGENCE THAT CAUSED HARM TO THE PLAINTIFF SEE ATTACHED PAGES.

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I ASK THE COURT TO ORDER ONLY MONEY REPARATIONS BE PAYED TO MYSELF THE PLAINTIFF. THE MONEY STOLEN FROM MY MOUNTAIN WEST BANK ACCOUNT HAS NOT BEEN RETURNED TO ME AS OF THIS WRITING IN ANY WAY. SEE THE ATTACHED INCLUDED EVIDENCE THAT $350.00 WAS STOLEN FROM MY ACCOUNT ON OCTOBER 17, 2019 AS EVIDENCED ON A TEMPORARY STATEMENT FROM MOUNTAIN WEST BANK DATED NOVEMBER 8, 2019. I CLAIM ONLY PUNITIVE MONEY REPARATIONS, DUE TO 18 U.S. CODE STATUTE 1344 BANK FRAUD. I CLAIM REPARATIONS MONEY OF ONE MILLION DOLLARS PER DEFENDANT THAT IS EQUAL TO FINES OF ONE MILLION DOLLARS PER DEFENDANT.

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: JANUARY 13, 2020

Signature of Plaintiff [signature]
Printed Name of Plaintiff HARVEY WILLIAM HUGUNIN

B. **For Attorneys**

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____